# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 12, 2015

## NO. 03-13-00715-CV

**The Travis County Attorney, Appellant**

**v.**

**L. C., Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND VACATED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on October 22, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses and vacates the trial court's order. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.